AO 91 (Rev. 11/11)  Criminal Complaint

United States District Court
Southern District Of Texas
FILED

MAY 20 2019

David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>TEODORO GAMEZ-ARMENDARES<br>Citizen of HONDURAS<br>YOB: 1994<br><br>*Defendant(s)* | )<br>)<br>)  Case No. M-19-1151-M<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 18, 2019__ in the county of __Hidalgo__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18, U.S.C. 111(a)(1) and (b) | Whoever forcibly assaults, resists, opposes, impedes, intimidates, or interferes with any person designated in Section 1114 of Title 18 while engaged in or on account of the performance of official duties; and, whoever in the commission of any acts described above, inflicts bodily injury |

This criminal complaint is based on these facts:

See Attachment A

☑ Continued on the attached sheet.

Approved by AUSA Andrew Henning
5/20/19  8:45 am

_____
Complainant's signature

Christopher M. Dishong, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 05/20/2019

_____
Judge's signature

City and state: McAllen, Texas

J. Scott Hacker, United States Magistrate Judge
*Printed name and title*

## Attachment "A"

## Affidavit

I, Christopher M. Dishong, being first duly sworn, state as follows:

1. I, Christopher M. Dishong, am a Special Agent (SA) with the Federal Bureau of Investigation (FBI) in McAllen, Texas, and have been so employed since June, 2016. I am currently assigned to the Rio Grande Valley Violent Crime Task Force in McAllen, Texas.

2. The information contained in this affidavit is based on my personal knowledge and on information provided to me by other agents of the FBI, law enforcement officers, and other sources of information. This affidavit serves to provide the probable cause in support of a complaint against Teodoro Gamez-Armendares for violating Title 18, United States Code, Section 111 (a)(1) and (B), Assaulting a Federal Officer.

3. On May 18, 2019, in accordance with his official duties as a Border Patrol Agent (BPA), BPA J.R. was patrolling on shift from 9:00 p.m. to 7:00 a.m. in an assigned area near Rio Grande City, Texas. At approximately 2:00 a.m. during his patrol, BPA J.R. and a K-9 Agent were attempting to apprehend a group of approximately 8 illegal aliens near a cemetery in Cuevitas, Texas after approaching the group with flashlights and identifying themselves as Border Patrol Agents in the Spanish language. While in pursuit of one illegal alien, the illegal alien did not respond to commands and became combative where he struck BPA J.R. with a closed fist on the face and rib cage multiple times. The illegal alien was later identified as TEODORO GAMEZ-ARMENDARES.

4. Subsequent to the assault from GAMEZ-ARMENDARES, BPA J.R. deployed his service issued Taser in an attempt to gain control of GAMEZ-ARMENDARES but partially missed GAMEZ-ARMENDARES' body. BPA J.R. proceeded to deploy the Taser a second time in which he successfully made contact with GAMEZ-ARMENDARES. GAMEZ-ARMENDARES attempted to strike BPA J.R. again and he attempted to grab the Taser, but the Taser fell to the ground during the struggle. GAMEZ-ARMENDARES then attempted to reach for BPA J.R.'s belt, and BPA J.R. reacted to protect his service weapon. GAMEZ-ARMENDARES was then able to separate himself from BPA J.R. and run, but BPA J.R. caught GAMEZ-ARMENDARES and the K-9 Agent arrived to the scene to assist in detaining GAMEZ-ARMENDARES. GAMEZ-ARMENDARES was successfully detained with the assistance of the additional BPA.

5. GAMEZ-ARMENDARES sustained injury to his left hand following the assault, but he declined medical treatment. BPA J.R. was transported to Mission Regional Medical Center where he was medically evaluated and treated with pain medication for injury to his face and rib cage. BPA J.R. was subsequently released from the medical center.

6. BPA J.R. is a Border Patrol Agent, an officer and employee of the United States, namely a person designated in section 1114 of Title 18.

7. Subsequent to GAMEZ-ARMENDARES' apprehension, it was determined that GAMEZ-ARMENDARES was a citizen of Honduras and illegally present in the United States.

8. Based on the aforementioned factual information, your Affiant respectively submits that GAMEZ-ARMENDARES committed violations of Title 18, United States Code, Section 111(a)(1) and (b), Assaulting a Federal Officer.

C. M. D.
Christopher M. Dishong
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed before me this 20th day of May, 2019.

J. Scott Hacker
United States Magistrate Judge